M.L., a minor;  C.D. and S.L.,
his parents, Petitioners–
Appellants,

v.

**FEDERAL WAY SCHOOL DISTRICT;**
Washington Superintendent of Public
Instruction, Respondents–Appellees.

No. 02–35547.

United States Court of Appeals,
Ninth Circuit.

Dec. 10, 2003.

James E. Lobsenz, Esq., Carney Badley Smith & Spellman, P.S., Seattle, WA, for Petitioners–Appellants.

Christopher L. Hirst, Preston Gates & Ellis LLP, James J. Dionne, Esq., Dionne & Rorick, Seattle, WA, for Respondents–Appellees.

Before ALARCÓN, GOULD, and CLIFTON, Circuit Judges.

**ORDER**

PER CURIAM.

The court's September 2, 2003 opinion in this matter is WITHDRAWN.